Thomas Pearsall Thorne et al., Respondents, *v.* Thomas Henry French, Appellant.

(Argued June 21, 1894; decided November 27, 1894.)

Appeal from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made July 7, 1893, which affirmed a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

*David Gerber* for appellant.

*Charles Steele* for respondents.

Agree to affirm ; no opinion.
All concur, except EARL, J., dissenting.
Judgment affirmed.